### SCHULTE v. PETRUZZI.

(Supreme Court, Appellate Division, First Department. February 2, 1912.)

PLEADING (§ 313*)—BILL OF PARTICULARS—MATTER COVERED BY COMPLAINT.
　　An order directing plaintiff to serve a bill of particulars is improper, so far as the information required is set forth in the complaint.

　　[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 949; Dec. Dig. § 313.*]

---

Appeal from Special Term, New York County.

Action by Anton Schulte against Joseph Petruzzi. An order directed plaintiff to serve a bill of particulars, and he appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, McLAUGHLIN, and SCOTT, JJ.

Samuel Campbell, for appellant.

Albert W. Meisel, for respondent.

PER CURIAM. The plaintiff appeals from an order directing him to serve a bill of particulars of certain allegations of the complaint. A consideration of the complaint shows that much of the information which the plaintiff is directed to furnish is entirely unnecessary, inasmuch as the information is sufficiently set forth in the complaint.

The order appealed from, therefore, is modified by striking therefrom the paragraphs numbered I, II, III, and V, and, as thus modified, the order is affirmed, with $10 costs and disbursements to the appellant.